IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> POLAROID CORPORATION, <br> Debtors. <br> ──────────────────────── <br> WIND DOWN ASSOCIATES, LLC as Plan Administrator on Behalf of the Estates of Polaroid Corporation, *et al.*, <br><br> Plaintiff, <br> v. <br><br> SAMUEL LIGGERO, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Adv. No. 04-CV-676 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41, Plaintiff, by and through its undersigned counsel, hereby requests the dismissal of the above case without prejudice.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ M. M.*
Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

-and-

KELLEY DRYE & WARREN LLP
Jay N. Heinrich
101 Park Avenue
New York, New York 10178
(212) 803-7800
Attorneys for Plaintiff

SO ORDERED this____day of _____, 2006.

_____
United States District Judge

STATE OF DELAWARE     )
                      )   SS:
COUNTY OF NEW CASTLE  )

   Brenda S. Walters, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Plaintiff in the foregoing action, and that on the 23rd day of May 2006 she caused a copy of the foregoing to be served on the following party in the manner indicated:

FIRST-CLASS MAIL

Samuel Liggero
69 Sheridan Road
Wellesley, MA 02181

                   _____
                   Brenda S. Walters

    SWORN TO AND SUBSCRIBED before me on this 23rd day of May 2006.

                  _____
                  Notary Public

                  THOMAS J. HARTZELL
                  NOTARY PUBLIC
                  STATE OF DELAWARE
                My Commission Expires Oct. 19, 2008